Petition for Writ of Mandamus Denied and Opinion filed May 8, 2003









Petition for Writ of Mandamus Denied and Opinion filed
May 8, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00378-CV

____________

 

IN RE RICHARD MOSBY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On April 7, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.

 

 

PER CURIAM

 

 

Petition Denied
and Opinion filed May 8, 2003.

Panel consists of
Justices Anderson, Seymore, and Guzman.